# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: 42ND JUDICIAL DISTRICT       :  No. 50 MM 2020
DECLARATION OF JUDICIAL          :
EMERGENCY (BRADFORD COUNTY)   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of October, 2021, the Petition for Emergency Judicial Order Pursuant to Pa.R.J.A. No. 1952(B)(2) is DENIED to the extent it seeks permission for the President Judge of the Court of Common Pleas of Bradford County to suspend Rule of Criminal Procedure 600 through December 31, 2021.